IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN RE: | CASE NO. BK 09-40320 |
| | CHAPTER 13 |
| DARRELL S. RAYBURN and | |
| TAMMIE K. RAYBURN, | NOTICE OF |
| | OBJECTION/RESISTANCE DEADLINE |
| Debtors. | AND PRELIMINARY HEARING DATE |

**COMES NOW** Mortgage Electronic Registration Systems, Inc. as nominee for U.S. Bank, N.A., its Successors and/or Assigns (hereinafter "U.S. Bank"), a secured creditor of Debtors Darrell S. Rayburn and Tammie K. Rayburn, and pursuant to Rule 4001-1 of the Nebraska Rules of Bankruptcy notifies all Parties in Interest that U.S. Bank has filed a Motion for Relief From the Automatic Stay, and that the Court has set the objection/resistance deadline and preliminary hearing date. Be advised that U.S. Bank's Motion for Relief is governed by Rule 4001 of the Nebraska Rules of Bankruptcy.

Be advised that you have until October 18, 2010, in which to object or resist to U.S. Bank's Motion. The Court has set the preliminary courtroom/telephonic hearing date for October 27, 2010, at 10:00 a.m. in the Robert V. Denny Courthouse, 460 Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Parties may participate by telephone. Please see the attached Notice for instructions on entering the phone conference and for telephone hearing protocol.

Affidavit evidence shall be submitted to the Court and opposing counsel by October 22, 2010, in accordance with Neb. R. Bankr. P. 4001(F) and 9017-1.

If no objection or resistance is timely filed, the Court may enter its Order granting U.S. Bank's Motion for Relief without a hearing.

**DATED** this 29th day of September, 2010.

MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC. as Nominee for
U.S. BANK, N.A., its Successors and/or Assigns,
A Secured Creditor,

By: */s/ Matthew E. Eck*
For: LOCHER PAVELKA DOSTAL
BRADDY & HAMMES, LLC
200 The Omaha Club
2002 Douglas Street
Omaha, Nebraska 68102
Phone: (402) 898-7000
Fax: (402) 898-7130
meck@lpdbhlaw.com
Matthew E. Eck

## CERTIFICATE OF SERVICE

      I hereby certify that on September 29, 2010, I electronically filed the foregoing Notice of Objection/Resistance Deadline and Preliminary Hearing Date with the Clerk of the United States Bankruptcy Court for the District of Nebraska using the CM/ECF system which sent notification of such filing by electronic mail to Robin L. Meyers, Debtors' Attorney; Kathleen Laughlin, Chapter 13 Trustee; and Patricia Fahey, Assistant U.S. Trustee, and I hereby certify that I have mailed by United States Mail, postage prepaid, the foregoing to the following non CM/ECF participant:

<u>DEBTORS</u>
Darrell S. Rayburn
Tammie K. Rayburn
4200 Holly Road
Lincoln, Nebraska 68502

                                      /s/ *Linda John*